☒ FILED    ☐ LODGED

**Mar 04 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant U.S. Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jeffrey Benjamin Dunham,<br><br>Defendant. | No. CR-25-00325-PHX-SHD (JZB)<br><br>**INFORMATION**<br><br>VIO:  18 U.S.C. § 924(a)(1)(A)<br>(False Statement During the<br>Purchase of a Firearm)<br>Count 1 |

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES:**

**<u>COUNT 1</u>**

On or about August 4, 2023, in the District of Arizona, Defendant JEFFREY BENJAMIN DUNHAM knowingly made a false statement and representation to Sportsman's Warehouse 117, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business, in that Defendant JEFFREY BENJAMIN DUNHAM did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473, Firearms Transaction Record, stating that Defendant JEFFREY BENJAMIN DUNHAM resided at an address on N. 77th Drive in Glendale, Arizona, whereas in truth and fact, Defendant

JEFFREY BENJAMIN DUNHAM knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

Dated this ___3rd___ day of March, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JACQUELINE SCHESNOL

Digitally signed by JACQUELINE SCHESNOL
Date: 2025.03.03 11:41:36 -07'00'

JACQUELINE SCHESNOL
Assistant United States Attorney